### Virgil Avery WITHERS, Plaintiff–Appellant,

v.

### UNITED STATES, Defendant–Appellee.

### No. 2006–5103.

United States Court of Appeals, Federal Circuit.

Sept. 5, 2006.

Virgil Avery Withers, pro se.

## ORDER

The appellant having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

### Edward L. SWINDELL, Claimant–Appellant,

v.

### R. James NICHOLSON, Secretary of Veterans Affairs, Respondent–Appellee.

### No. 2006–7142.

United States Court of Appeals, Federal Circuit.

Sept. 5, 2006.

Edward L. Swindell, pro se.

## *ORDER*

Upon consideration of Appellant's request to withdraw this appeal without prejudice,

IT IS ORDERED THAT:

(1) The request is granted.*

(2) Each party shall bear its own costs.

---

* We note that the appellant request that this dismissal be without prejudice, however, it is not the practice of this court to dismiss with or without prejudice.